```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 29697
   ARTHUR D MOTON
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4221

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/11/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C  CURRENT MORTG        .00             .00             .00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    9722.13             .00         9311.65
CITIFINANCIAL             NOTICE ONLY    NOT FILED             .00             .00
ACTION CARD               UNSECURED      NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSECURED         443.54             .00             .00
WAL MART STORES INC       UNSECURED      NOT FILED             .00             .00
RESURGENT ACQUISITION LL  UNSECURED         452.73             .00             .00
RESURGENT ACQUISITION LL  UNSECURED         367.74             .00             .00
ROUNDUP FUNDING LLC       UNSECURED        2427.93             .00             .00
STARKS & BOYD PC          DEBTOR ATTY     1,794.00                         1,794.00
TOM VAUGHN                TRUSTEE                                            684.35
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           11,790.00

PRIORITY                                       .00
SECURED                                   9,311.65
UNSECURED                                      .00
ADMINISTRATIVE                            1,794.00
TRUSTEE COMPENSATION                        684.35
DEBTOR REFUND                                  .00
                  ---------------        ---------------
TOTALS            11,790.00               11,790.00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29697 ARTHUR D MOTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```